Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for burglary; punishment, seven years in the penitentiary.

We find in the record no bills of exception. A number of exceptions were taken to the charge of the court and appear to have been filed with the clerk of said court, but same are not approved as having been properly presented to the trial court and cannot be by us considered. Appellant asked a special charge, which was refused by the court, and we find no exception nor objection to this action of the court. There is in the record no statement of facts.

The judgment will be affirmed.

## CLEVENGER v. STATE.

No. 15529.

Court of Criminal Appeals of Texas.

Oct. 19, 1932.

Denman & Fowler, of Nacogdoches, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, aggravated assault; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.